1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
                            ----oo0oo----
11

12  CATHY ALGER,                          NO. CIV. 2:10-3005 WBS KJN

13          Plaintiff,                    ORDER TO SHOW CAUSE

14      v.

15  NCO FINANCIAL SYSTEMS, INC.,

16          Defendant.
                                      /
17  ̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲

18                          ----oo0oo----

19          The court has an obligation to recuse itself from any

20  case in which the judge might have a "financial interest,"

21  however small.  28 U.S.C. § 455(b)(4).  Because corporate parties

22  are in the best position to identify their parent and subsidiary

23  corporations, Federal Rule of Civil Procedure 7.1 and this court

24  require all non-governmental corporate entities to submit

25  corporate disclosure statements in order to assist the court in

26  carrying out its recusal obligation.

27          The court has explicitly required such disclosures in

28  its Order setting a Status (Pretrial Scheduling) Conference of

                                1

1 November 8, 2010 (Docket No. 4).  In so instructing, the court

2 emphasized the importance of corporate disclosures and warned

3 that failure to comply with the court's Order could warrant

4 sanctions:

5      The purpose of the corporate disclosure requirement in
       subpart (m) of this Order is to assist the court in
6      carrying out this obligation, because corporate parties
       are in the best position to identify their parent and
7      subsidiary corporations.  Without this information, the
       court risks retaining a case in which it unknowingly has
8      a financial interest.  As a consequence, not only would
       the undersigned judge face public criticism, the public's
9      confidence in an impartial judiciary would be eroded.
       Failure to assist the court in protecting these and the
10     other interests advanced by § 455(b)(4)--especially in
       the face of a clear and direct request from the
11     court--amounts to sanctionable conduct.

12 (Nov. 8, 2010, Order Setting Status at 3:13-24; see also id.

13 ("**Failure to comply with the requirements of this subpart will**

14 **result in the Joint Status Report being stricken and <u>sanctions</u>**

15 <u>**being ordered against any nongovernmental corporate party that**</u>

16 <u>**did not submit its corporate disclosures.**</u>") (emphasis in

17 original).)  Corporate disclosures were originally due April 4,

18 2011; when defendant failed to file corporate disclosures by that

19 time, the court issued a minute order requiring defendant to file

20 its corporate disclosures by April 18, 2011, and continued the

21 Status (Pretrial Scheduling) Conference.  (Docket No. 9.)

22      Despite the court's clear and repeated requests,

23 defendant NCO Financial Systems, Inc. ("NCO"), has failed to file

24 its corporate disclosures.  Accordingly, the court will order NCO

25 to pay sanctions of $500.00 or show good cause why sanctions

26 should not be levied for its failure to comply with the court's

27 orders.  As the court must reschedule the Status (Pretrial

28 Scheduling) Conference a second time to await NCO's compliance

1 | with the corporate disclosure requirements, the court will also

2 | strike the parties' outdated Joint Status Report of March 25,

3 | 2011, and require a Supplemental Joint Status Report.

4 |         IT IS THEREFORE ORDERED that, within ten days of the

5 | date of this Order, defendant NCO Financial Systems, Inc., shall

6 | either (1) pay sanctions in the amount of $500.00 to the Clerk of

7 | the Court; or (2) submit a statement of good cause explaining its

8 | failure to comply with the court's clear and unequivocal prior

9 | orders.

10 |        IT IS FURTHER ORDERED that the Status (Pretrial

11 | Scheduling) Conference set for May 16, 2011, is vacated and reset

12 | for June 13, 2011.  The Joint Status Report filed March 25, 2011,

13 | is hereby stricken and the parties shall file a Supplemental

14 | Joint Status Report **that includes NCO Financial Systems, Inc.'s**

15 | **corporate disclosures** no later than May 31, 2011.

16 | DATED:  May 11, 2011

17

18 | _____
WILLIAM B. SHUBB

19 | UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

3