Nicholas J. Bontrager, Esq. (SBN 252114)  
Krohn & Moss, Ltd.  
10474 Santa Monica Blvd., Suite 401  
Los Angeles, CA 90025  
T: (323) 988-2400; F: (866) 802-0021  
nbontrager@consumerlawcenter.com  
Attorneys for Plaintiff,  
CATHY ALGER

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| CATHY ALGER | Case No.: 2:10-cv-03005-WBS-KJN |
| Plaintiff, | |
| vs. | |
| NCO FINANCIAL SYSTEM, INC. | **NOTICE OF SETTLEMENT** |
| Defendant. | |

NOW COMES the Plaintiff, CATHY ALGER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: May 26, 2011        KROHN & MOSS, LTD.

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on May 26, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Nicholas J. Bontrager

Nicholas J. Bontrager, Esq.