Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
CATHY ALGER

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| CATHY ALGER, <br><br> Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEM, INC., <br><br> Defendant. | Case No.: **2:10-cv-03005-WBS-KJN** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, CATHY ALGER, against Defendant, NCO FINANCIAL SYSTEM, INC., in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated: July 7, 2011            KROHN & MOSS LTD

                               /s/ Nicholas J. Bontrager
                               Nicholas J. Bontrager, Esq.
                               Attorney for Plaintiff,
                               CATHY ALGER

Dated: July 7, 2011            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                               /s/ Sondra R. Levine
                               Sondra R. Levine
                               Attorney for Defendant,
                               NCO FINANCIAL SYSTEM, INC.