Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
CATHY ALGER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

CATHY ALGER,                                    )  **Case No.: 2:10-cv-03005-WBS-KJN**
                                                )
          Plaintiff,                            )
                                                )
     v.                                         )
                                                )  **Order**
NCO FINANCIAL SYSTEM, INC.,                     )
                                                )
          Defendant.                            )
_____        )

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

The Foregoing Stipulation Is Approved And Is So Ordered.

Signed this __13th___ day of July, 2011

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```